# WEBB, KLASE & LEMOND, LLC
## ATTORNEYS AT LAW

1900 THE EXCHANGE, S.E. • SUITE 480 • ATLANTA, GEORGIA 30339

(770) 444-9325 • (770) 217-9950 (facsimile)

Author's Direct Dial:
 (770) 444-0773

Email Address:
Adam@WebbLLC.com

September 6, 2017

**VIA ECF**
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Courtroom 920
Central Islip, NY 11722

Re: *Central Fla. Liquidation and Sales, LLC, et al. v. EVO Payments Int'l, LLC, et al.*
U.S.D.C. – Eastern District of New York Case No. 2:17-cv-04507

Dear Judge Azrack:

The above-referenced case before you is related to *New Beginnings Healthcare for Women, LLC v. EVO Payments International, LLC, et al.* (Case No. 2:17-cv-03650-JFB-SIL) also pending in this Court. On a recent telephone conference with Judge Bianco in *New Beginnings*, he suggested that we write this letter so that you or your staffs could discuss the status and determine what, if anything, should be done based on the related nature of the two cases. The parties stand ready to provide any further information that might be helpful.

I have spoken with opposing counsel and they consented to the sending of this letter.

Sincerely,

*E. Adam Webb*

E. Adam Webb
Counsel for Plaintiffs

EAW/gc

cc: Jon Chally, Esq. – counsel for Defendants